**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| In the Matter of the Complaint of MARQUETTE TRANSPORTATION COMPANY, LLC, Owner of the Motor Vessel WISCONSIN, Official No. 568371, for Exoneration from or Limitation of Liability, <br><br> Plaintiff. | Case No. 5:25-CV-160-BJB <br><br> In Admiralty |

## DECLARATION OF VESSEL VALUE

I, Darin Adrian, state and declare as follows:

1. I am over eighteen (18) years of age and competent to testify to the matters herein based on my personal knowledge.

2. I am the President of the River Division for Marquette Transportation Company, LLC, the Limitation Plaintiff in the above-captioned matter and, in that capacity, am familiar with and knowledgeable about the M/V WISCONSIN and its value.

3. Marquette Transportation Company, LLC, received and maintains in its regularly conducted business activities, and I reviewed, an appraisal of the M/V WISCONSIN obtained by Marquette Transportation Company, LLC.

4. On or about July 10, 2025, the M/V WISCONSIN was appraised with a fair market value of USD $5,556,129.00.

5. Based upon the foregoing, the fair market value of the M/V WISCONSIN at the time of the incident was USD $5,556,129.00.

PURSUANT TO 28 U.S.C. §1746, I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Executed this 22nd day of September, 2025, in the City of Paducah, County of McCracken, and Commonwealth of Kentucky.

_____
Name: Darin Adrian
Title: President – River Division